UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA CLYDEANNA UVONNE COLE,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-04867-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 14) |

On September 17, 2026, the parties filed a stipulation to extend Plaintiff's time to file her summary judgment motion until October 27, 2026, with all other dates extended accordingly. (ECF No. 14).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Plaintiff's motion for summary judgment is due no later than October 27, 2026, Defendant's cross-motion for summary judgment is due by November 26, 2026, and Plaintiff may file her reply within 14 days of service of Defendant's cross-motion.

IT IS SO ORDERED.

Dated: **September 18, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE