UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA CLYDEANNA UVONNE COLE,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-cv-04867-EPG<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 17) |

Defendant respectfully moves for an extension of thirty-nine (39) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of November 27, 2026 to the new date of January 5, 2027. Plaintiff's counsel was contacted and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response. Given multiple briefs due this week as well as next week, an extension until January 5, 2027 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. Counsel for Defendant was out of the office Nov. 5-11th on leave, will be out of office November 25-27th, and will also be out of the office December 24th – January 1st. The undersigned Counsel apologizes to the

Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: November 23, 2026 By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Law Offices of Lawrence D. Rohlfing

DATE: November 23, 2026 By: *s/ Monica Perales*
Monica Perales
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 5, 2027, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **November 24, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE